# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID & YOUNG GROUP CORP., a New York Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>CLAIRE'S, INC. a Florida Corporation, CBI DISTRIBUTING CORP., a Delaware Corporation, and DOES 1-10<br><br>    Defendants. | Case No. 2:16-CV-00700-PJW<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>**JS-6** |

The Court, having considered the Stipulation to Dismiss Action filed by the parties in this matter, and finding good cause thereon;

**IT IS HEREBY ORDERED**, that:

1. This action be dismissed in its entirety, with prejudice;

2. The parties shall bear their own fees and costs;

3. This Court shall retain jurisdiction as may be necessary to enforce the terms of the settlement agreement entered into between the Parties.

Dated: June 6, 2016

*Patrick J. Walsh*

HON. PATRICK J. WALSH
U.S. MAGISTRATE JUDGE

1546957.DOCX